No. 93–7486. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7489. RICHARDSON ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–7490. EGWUH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7498. MITCHELL *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–7499. LONGORIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7501. MALDONADO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7502. LAFLEUR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7504. PALMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7506. BROCK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7509. DUNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7512. JOSEPH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7513. HAMELL, AKA HAMELL-EL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7517. HORNE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7519. FLORES-MARTINEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7520. KILLS ENEMY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7524. SABOUR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.